UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZENTA, INC.,<br><br>                       Plaintiff,<br><br>v.<br><br>STEPHANIE ANDREWS, et al.,<br><br>                      Defendants. | Case No.: 22-cv-01952-JLS-JLB<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF Nos. 39; 44]** |

Before the Court are Plaintiff Azenta, Inc.'s Motions to File Documents Under Seal. (ECF Nos. 39; 44.) In both motions, Plaintiff seeks to redact information from two exhibits attached to its motions[1] to compel. (*See* ECF Nos. 38-2 at 6–7; 39; 43-2 at 6–7; 44.)

---

[1] On October 2, 2023, Plaintiff filed both a motion to compel a forensic examination of Defendants' systems (ECF No. 38) and one of the instant motions to file documents under seal (ECF No. 39). In its motion to compel, Plaintiff improperly stated it submitted Exhibits A and B to the Omnibus Declaration of Donna Poole "via email in native format". (ECF No. 38-2 at 6–7.) On October 5, 2023, Plaintiff filed a notice of lodgment (ECF No. 41) and lodged the proposed sealed documents (ECF No. 42). On October 9, 2023, Plaintiff filed a second motion to compel a forensic examination of Defendants' systems (ECF No. 43), fixing the error regarding how Exhibits A and B were submitted to the Court, and filed the second of the instant motions to file documents under seal (ECF No. 44). The Court notes the instant motions and the documents they seek the Court to seal are otherwise identical.

1

1  Plaintiff seeks to redact this information because it "contain[s] compilations of proprietary
2  Azenta information, including customer and affiliate names, customer addresses, purchase
3  order numbers, invoice numbers, shipment tracking numbers, and details regarding the
4  dates and weights of shipments made by those customers and affiliates to Azenta." (ECF
5  Nos. 39 at 2; 44 at 2.)  Plaintiff lodged with the Clerk's Office both the unredacted and
6  redacted version of Exhibits A and B to the Omnibus Declaration of Donna Poole in native
7  Microsoft Excel form.  (ECF No. 42.)

8     From the Court's review of the documents, Plaintiff seeks to seal only the shipper
9  names and addresses; consignee names and addresses; account, order, and invoice
10 numbers; freight bills; and taxes paid.  (*See* ECF No. 42.)  These redactions are narrowly
11 tailored.  For instance, although the street addresses are redacted, the city, state, country,
12 and postal codes remain public.  (*Id.*)

13    Plaintiff has demonstrated good cause to make narrowly tailored redactions of its
14 business information in Exhibits A and B to the Omnibus Declaration of Donna Poole.  *See*
15 *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *see also Fed.*
16 *Ins. Co. v. Tungsten Heavy Powder & Parts, Inc.*, --- F. Supp. 3d ----, No. 21-CV-1197-
17 W-MDD, 2023 WL 1806816 (S.D. Cal. Feb. 7, 2023) (sealing "confidential information
18 relating to [the movant's] business, the disclosure of which [was] likely to be commercially
19 detrimental"); *Primus Grp., Inc. v. Inst. for Env't Health, Inc.*, 395 F. Supp. 3d 1243, 1267–
20 68 (N.D. Cal. 2019) (sealing information that would "reveal[] the identity of and
21 information about specific customers" because "competitors could use this information to
22 effectively target their marketing efforts without expending similar time and resources").

23    Accordingly, **IT IS HEREBY ORDERED**:
24    1. Plaintiff's second motion to file documents under seal (ECF No. 44) is
25       **GRANTED**.
26    2. The Court **DIRECTS** the Clerk of Court to file Plaintiff's unredacted versions
27       of Exhibits A and B (ECF No. 42) **UNDER SEAL**.
28 ///

3. Plaintiff's first motion to file documents under seal (ECF No. 39) is **DENIED as moot**.

Dated: October 13, 2023

Hon. Jill L. Burkhardt
United States Magistrate Judge